No. 03–5193. HOLM *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 03–5194. HILL *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–5195. MOLINA-GUERRA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–5196. NELLOM *v.* VAUGHN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL. C. A. 3d Cir. Certiorari denied.

No. 03–5197. PANNELL *v.* DAVIS, SUPERINTENDENT, INDIANA STATE PRISON. C. A. 7th Cir. Certiorari denied.

No. 03–5198. RICHARDSON *v.* VIRGINIA ET AL. C. A. 4th Cir. Certiorari denied.

No. 03–5199. REID *v.* SIMMONS ET AL. C. A. 1st Cir. Certiorari denied.

No. 03–5200. REED *v.* HILL ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–5201. SIERRA *v.* GARCIA, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–5202. REDIC *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 03–5203. ROSS *v.* FULLER. Sup. Ct. Va. Certiorari denied.

No. 03–5204. NORVILLE ET UX. *v.* DELL CORP. ET AL. C. A. 7th Cir. Certiorari denied.

No. 03–5205. CHHIN *v.* MAYLE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–5206. CROWLEY *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 03–5207. CORREA, AKA ALVAREZ *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.